THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID ULLUM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PEACEHEALTH, a Washington public benefit corporation,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-05044-RSM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on the Stipulation for Order of Dismissal, and it appearing to the Court that all claims by Plaintiff David Ullum against Defendant PeaceHealth are fully resolved and compromised; now, therefore, it is hereby

ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are DISMISSED with prejudice and without costs or fees to any party. This case is closed.

DATED this 5th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
Case No. 3:22-CV-05044-RSM - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.


By: /s/ Farron Curry
    Elizabeth A. Schleuning, WSBA #16077
    Email: eschleuning@schwabe.com
    Farron Curry, WSBA #40559
    Email: fcurry@schwabe.com

    Attorneys for Defendant PeaceHealth

ORDER OF DISMISSAL
Case No. 3:22-CV-05044-RSM - 2